# EXHIBIT 1

# MR. WILLIAMS'S LETTER

Your Honor,

I am writing this letter not to excuse my behavior, but to explain what happened in my life that led me to have made such a horrible decisions.

After two successful careers over 35 years, I was incarcerated for domestic violence in 2010 by false allegations from my ex-wife. A messy divorce left me homeless and jobless in 2012. I struggled spending time in the Trinity Rescue Mission and their halfway house program from 2012-2015. I had lost everything I worked hard for in over 35 years of my life. I was unable to find work and could not start recieving my pension until 2015. This led to severe depression and physical problems.

I finally was able to move into a trailer park in the spring of 2015. With no job and too much time on my hands, I found myself addicted to viewing adult pornography on the internet. I met my co-defendant L▅ S▅ on an adult swing website. After a few weeks we exchanged explicit photos of ourselves with each other. Why or how we started with photos of her young daughter I cannot explain. I think we both must suffer from a mental illness and need help.

I was raised in a good church going family, as a hard working God fearing man. Why I allowed Satan to lead me down such a wrongful path I do not know. Since my arrest in October 2016, I have found forgiveness from my God, and have had a lot of time to reflect on my behavior.
I am so ashamed of my behavior, and I don't know why I did not put an immediate stop when it all began. I am disgusted with myself for the pain I have caused everyone, my family included.

Your Honor, I am asking for your mercy and consideration due to my current age and health. I need any help the courts can give me to get better. I pray I can soon return to a normal life one day.

Yours Respectfully,
Michael Williams
Michael Williams
c/o Bradford County Jail