# EXHIBIT 3

# LETTERS OF FAMILY AND

# FRIENDS

Michael Williams
Kimberly Elkins
to:
Tricia_reese
02/23/2017 05:03 PM
Hide Details
From: Kimberly Elkins <█████████████>
To: █████████████

Your Honor,

    I'm writing this letter for my son Michael Williams. I love him very much. He was a good boy when he was young, always a worker starting with paper routes. He graduated high school and was dedicated to his first job for 17 years. There he was a union pipe fitter. He served as an apprentice, journey man, foreman, and super intendant. He also served as a police officer for 17 years. He provided a good life for his family and made me proud of him. His mother passed away and the family started noticing changes in him. I pray my son gets the help he needs. I fear at 84 years old I will never get to see my son again, as I can't travel I will miss all our phone conversations. I pray he will find help and mercy.

        Respectfully,
        Doc Williams



Michael Williams
Kimberly Elkins
to:
tricia_reese
02/23/2017 05:25 PM
Hide Details
From: Kimberly Elkins <████████@aol.com>
To: ████████████

Your Honor,
      I am writing this letter in support of my big brother Michael Williams.He has been a good and caring brother over the years.He took me to florida for vacation.He taught me how to drive.He taught me to water ski.I have many wonderful memories of him even though we were so far apart.I was in a very bad car wreck and he was ready to come right home to Ohio  if I needed him.He has not taken care of himself medically or mentally. I truly hope he can get the help he needs so I can keep my big brother.Ive already lost one sibling and don't want to lose another one. I know he has gotten into alot of trouble but he is my brother I will love him always.    Sincerely,
      Kimberly Elkins



JIM FOR MIKE WILLIAMS
poksun3
to:
Tricia_Reese
02/08/2017 12:27 PM
Hide Details
From:
To:

TO WHOM IT MAY CONCERN:                                              My name is James Sabia I had and still have the pleasure to know Michael Williams for the past year and half. Briefly I like to introduce my self, I'm a 21 year retired Marine since 1996, and had worked in the past 30 years with many different agencies ,such as State Department, JCS (Joint Chief of Staff Pentagon), and a few other's. I was also in charge of different Embassies as NCOIC. I hold all the high levels of security clearance one can hold. Though out my career I have learned how to analyze many different type's of people, but so much about me, I just wanted to bring you up on my back ground and to show you the type of person I'am . I wanted my statements to be of some value on Mike's behave. Since I knew Mike for over 18 months I observed a man with a positive attitude, and a very generous type of a person. What had happened with Mike , I don't approve if he did any of the allegations he is charged with I do find it hard to believe, but what happened in Mike's case is not for me to judge, I just want to give my statement on the man I observed. While I knew Mike he had been dating my sister-in-law, who's husband had passed away, and while dating my sister-in-law ,he impressed me by taking the time and patience to show my sister-in-law , how to pronounce her words better (she is Korean) and teach her and improve her writing and reading, a note her deceased husband whom she was married for over 20 year's never taught her half as much as Mike did in this short time, no one in my sister-in-law life every did that for her. Mike went with my sister-in-law to church many times. Since I check on some of Mike's pass while he started to go out with my sister-in-law ,I notice that he had trouble in the past. He went through a very bad divorce after talking to Mike and what I found out, I understand how he had his troubles in the past with his x wife she was very demanding of him in the divorce as to putting him in a massive debit with the IRS , at that time of Mike's life one thing lead to another, he had gone through a very bad time, but that was then, what I learn by knowing Mike now, he would help his neighbors as much as he can, for over the past year at one point Mike opened his home and let 3 homeless people move in, with only one purpose only to help them out knowing they had little in come. He had one or two bad person's in his home , that had to leave but did have some good one's.
Then Mike moved in to my sister-in-law's home since then and because of his kind heart he left them stay never to break even as to them paying him any money, he ended up paying out of his own pocket. Many times I told him you got to kick them out ,and he would say I can't do that, I said they are using you, and he would say I feel bad for them. What he is accuse of doing and if found guilty the

question is how and why he did such a thing, no one will know. I feel and not knowing the law too much he should be in a special counseling program and of course with the rules of breaking the law he has to spend some time in prison, but now Mike who is 60 year's of age, and to received a possible 15 year's sentence would be just like giving him a life sentence and when he gets out he will still be paying for the crime , by registering every where he lives.  I still accept phone calls from Mike to date while he is in prison, I know God forgave him,  same as my sister-in-law, and myself, deep in side I feel he is a good man, again thank you for you time and consideration  THANK YOU    JAMES F. SABIA



**Hello**
Nam Durby
to:
tricia_reese
02/13/2017 06:54 PM
Hide Details
From: Nam Durby <████████@gmail.com>
To: ████████

Hello my name is nam Sun Durby I like to say I know Michael Williams for about two year's we started dating over a year ago, all the time I had know Michael he was nothing but a perfect gentleman, he treated me with total respect, through out my life I never met a more caring man like Michael, he would show patience with me and, spend tim and show me a lot of stuff that would better me like reading and other stuff.... Michael and I would go my church and he try to learn my language, he is very caring person for others, sometimes he would give money to many people who needed food even to go as far as letting people live in His home without any money he was too kind and generous to all, I wish what happened did not happen I am lost with out him if and when he goes to prison I feel as though I will be in prison also until my Michael gets out and back to me even though we are not married but I am he is fiancee we were be married to soon I already will wait for Michael we are both in our 60's and I will have to be happy with phone calls and video visitors but I pray for the day when Michael will be back with me I pray he don't go to prison for a long time even if waiting and spending, just one day with him is worth, it I never had a more caring man like him before, I ask for consideration on Michael sentence in 10 years he be 70 and only God know how much time Michael or I have but the love we have will keep us strong and I pray to him he be back to me soon, inside Michael is a Good man he had helped people many, thank you oh so very much! Praise help him be possibility to be light Michael thank very much ... Nam Sun Kim Durby  2017. 2. 10th  GOD BLESS YOU All
GOD BLESS YOU



Michael Williams
Bruce Kelnhofer
to:
tricia_reese@fd.org
02/13/2017 08:34 AM
Hide Details
From: Bruce Kelnhofer <​███████@tbc.org>
To: ███████
History: This message has been replied to.

Tricia,

I am writing on behalf of Michael Williams. I have known him for 7 years. During this time, he joined Trinity Baptist Church in Jacksonville, Florida. He would attend services and was involved in a Men's Sunday School class.

I spoke with Michael on several occasions and encouraged him in his faith. I visited once while he has been incarcerated in Bradford county. I plan on visiting him again soon.

If you have any questions, please contact me at 904 5███████.

Bruce Kelnhofer
Assistant Pastor
Trinity Baptist Church
Jacksonville, Florida

 Michael Williams
Moraine Heights Baptist Church
to:
Tricia_Reese
02/14/2017 12:24 PM
Hide Details
From: "Moraine Heights Baptist Church" <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>
To:

To whom it may concern,

    This is to certify I have known Michael Williams for about 45 years.
    He left Ohio many years ago but we have kept in occasional contact.
    I have always known Michael to be caring and conscientious.  I have never witnessed him purposely harming another or intentionally engaging in any unethical behavior.
    I believe Michael will, if given the opportunity, strive to do right and be productive in society.

        Respectfully,
        Pastor Terrell Hudson
        Moraine Heights Baptist Church